IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION


MIKE M. WILLOUGHBY,

PLAINTIFF,

VS.                                     CASE NO.: 3: 25 cv 536


MARK DANIEL,

CHOICE ONE L.L.C.,

DEFENDANTS.


## COMPLAINT

Plaintiff Mike M. Willoughby for his complaint against Mark Daniel, and Choice One L.L.C., defendants, states the following:

## JURISDICTION

(1). This court has jurisdiction over the following claims because it involves questions of federal law. 28 U.S.C. Section 1331

## VENUE

(2). This is the proper venue because the events giving rise to this cause of action occurred in this district. 28 U.S. Code Section 1391 (2)

## PARTIES

(3). The plaintiff in this case is myself, Mike M. Willoughby, and hereby proceeding pro se. I am a 40 years old African American male, and a qualified individual under the rules of the United States Social Security.

At the time the event giving rise to this cause of action occurred when I, plaintiff, was residing on the property at 3011 Quaker Road, in Quinton Virginia.

1

RECEIVED
JUL 1 4 2025
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

(4). The defendants are Mark Daniel, and Choice One L.L.C. They are business owners that provides properties for rent, and rent to own, etc., in and around the New Kent County area.

## CLAIMS FOR RELIEF

## FIRST CLAIM FOR RELIEF FOR VIOLATION OF TITLE III OF THE AMERICANS WITH DISABILTY ACT OF 1990, AS AMENDED

(5). Between the year 2022 and March 2025, after numerous requests, the defendants, Mark Daniel, and Choice One L.L.C., failed to make reasonable accommodations and repair the front and back dry-rotten porches, see Plaintiff Exhibit A (total of 11 pages), attached hereto.

As a direct result of this failure, I, plaintiff, on or about the week of April 05, 2025, I, plaintiff, was walking out of the front door of my, plaintiff, residence and fell right though the first porch, and badly injured myself, and had to have medical treatment rendered, and actual medical expenses were incurred, see Plaintiff, Exhibit B (total of 9 pages), attached hereto, in violation of Title III of the Americans with Disability Act of 1990, as amended.

The defendants, Mark Daniel, and Choice One L.L.C., are liable for my, plaintiff, damages because they performed or failed to perform the action(s) described above.

## PRAYER FOR RELIEF

(6). I, plaintiff, demand an immediate preliminary injunction and a long-term permanent injunction in the near future, that the court mandate that the defendants maintain safe and non-haziest properties for their tenants.

(7). I, plaintiff, demand court costs and fees, (to be determined by the courts)

(8). I, plaintiff, request any other relief as the court deems appropriate.

## SECOND CLAIM-GROSS NEGLIGENCE

## JURISDICTION

2

(9). This court has Supplemental Jurisdiction over this claim because the above mentioned facts are the same facts and events as the case or controversy as the above-mentioned federal district claim. 28 U.S. Code 1367

## VENUE

(10). This is the proper venue because the events giving rise to this cause of action occurred in this district. 28 U.S. Code Section 1391 (2)

## PARTIES

(11). The plaintiff in this case is myself, Mike M. Willoughby, and hereby proceeding pro se.

I am a 40 years old qualified disabled African American male, under the rules of the Unites States Social Secuity Administration, see United States Social Security Administration documentation attached to my, plaintiff, long-form Petition To Procced Informal Pauperis, attached to.

At the time the event giving rise to this cause of action occurred when I, plaintiff, was residing on the property at 3011 Quaker Road, in Quinton Virginia.

(12). The defendants are Mark Daniel, and Choice One L.L.C. They are business owners that provides properties for rent, and rent to own, etc., in and around the New Kent county area. Their business is located at: 3301 New Kent Highway Quinton Virginia 24141

## CLAIMS FOR RELIEF

**SECOND CLAIM FOR RELIEF FOR VIOLATION of COMMONWEALTH v. GIDDENS, 295 Va. 607, 613 (2018) FERGUSON vs. FERGUSON, 212 Va. 86, 92, 181 S.E. nd 648, 653 (1971)**

(13). Between the year 2022 and March 2025, the defendants and I plaintiff, was in a property leasing agreement that I, plaintiff, would rent his property located at 3011 Quaker Road in New Kent County, and the defendants owed me, plaintiff, a duty of care.

The defendant beached that duty of care by failing to repair the dry rotten porches and as a direct result of the breach on or about the week of April 05, 2025, I,

3

plaintiff, was walking out of the front door of my residence and fell right through the front porch, and badly injured myself, and had to have medical treatment, rendered, and actual medical expenses incurred, see Plaintiff Exhibit A-B, in violation of Commonwealth v. Giddens, 295 Va. 607, 613 (2018) Ferguson v. Ferguson, 212 Va. 86, 92, 181 S.E.nd 648, 653 (1971).

The defendants, Mark Daniel, and Choice One L.L.C., are liable for my, plaintiff, damages because they performed or failed to perform the action(s) described above.

## PRAYER FOR RELIEF

(14). I, plaintiff, demand, past medical-related expenses, (to be determined).

(15). I, plaintiff, demand, anticipated future medical-related expenses, (to be determined).

(16). I, plaintiff, demand pain and suffering, (to be determined by a jury).

(17). I, plaintiff, demand anticipated future pain and suffering, (to be determined by a jury)

(18). I, plaintiff, demand $350,000.00 in punitive damages or the amount the jury decides.

(19). I, plaintiff, demand $550,000.00 in compensatory damages.

(20). I, plaintiff, demand a **Jury Trial.**

(21). I, plaintiff, demand this total of compensation of $900,000.00, from defendants, Mark Daniel, and Choice One L.L.C., **jointly and severally.**

(22). I, plaintiff, request any other relief as the court deems appropriate.

## CLAIMS FOR RELIEF

## THIRD CLAIM FOR RELIEF FOR VIOLATION OF VIRGINIA COMMON LAW NEGLIGENCE

4

(23). Between the year 2022 and March 2025, the defendants and I plaintiff, was in a property leasing agreement that I, plaintiff, would rent his property located at 3011 Quaker Road in New Kent County, and the defendants owed me, plaintiff, a duty of care.

The defendant beached that duty of care by failing to repair the dry rotten porches and as a direct result of the breach, on or about the week of April 05, 2025, I, plaintiff, was walking out of the front door of my residence and fell right through the front porch, and badly injured myself, and had to have medical treatment rendered, and actual medical expenses incurred, see Plaintiff Exhibit A-B, in violation of common law Virginia ordinary negligence.

The defendants, Mark Daniel, and Choice One L.L.C., are liable for my, plaintiff, damages because they performed or failed to perform the action(s) described above.

## PRAYER FOR RELIEF

(24). I, plaintiff, demand, past medical-related expenses, (to be determined).

(25). I, plaintiff, demand, anticipated future medical-related expenses, (to be determined).

(26). I, plaintiff, demand pain and suffering, (to be determined by a jury).

(27). I, plaintiff, demand anticipated future pain and suffering, (to be determined by a jury)

(28). I, plaintiff, demand $550,000.00 in compensatory damages.

(29). I, plaintiff, demand a **Jury Trial.**

(30). I, plaintiff, demand this total of compensation of $900,000.00, from defendants, Mark Daniel, and Choice One L.L.C., **jointly and severally.**

(31). I, plaintiff, request any other relief as the court deems appropriate.

Mike M. Willoughby, Pro se Plaintiff                    DATE

07/08/2025

P.O. Box 50464
Henrico, Virginia 23141
(804) 205-2228 (cell)

6

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

MIKE M. WILLOUGHBY,

        PLAINTIFF,

VS.                           CASE NO.:

MARK DANIEL,

CHOICE ONE L.L.C.,

        DEFENDANTS.

## **PLAINTIFF PUNITIVE DAMAGE CLAIM**

I, plaintiff, after numerous request repair the dry rotten porches but the defendants failed to so and as a direct result of the breach on or about the week of April 05, 2025, I, plaintiff, was walking out of the front door of my residence and fell right through the front porch, and badly injured myself, and had to have medical treatment, rendered, and actual medical expenses incurred, see Plaintiff Exhibit 2, (1-6 pages total).

The events described above are considered "intentional torts" under federal discrimination laws. Jackson v. Birmingham, Bd., of Education, 544 U.S. 167, 173-74 (2005).

The events described above are also considered "intentional torts" under the Commonwealth of Virginia State Law

The actions described a "a degree of negligence showing indifference to another and an utter disregard of prudence that amounts to a complete neglect of the safety of such other persons. Gross negligence is when someone know or should know, but still proceeds with the action with a conscious disregard for other people rights, property, and safety, implying a lack of even scant of care, and knowing or should know by pre-existing circumstances, that the individuals are likely to suffer negative consequences thereof.

1

Commonwealth v. Giddens, 295 Va. 607, 613 (2018)

Ferguson v. Ferguson, 212 Va. 86, 92, 181 S.E.nd 648, 653 (1971)

Under Virginia law, litigants are entitled to seek punitive damages in cases of gross negligence.

I, plaintiff, would like to punish the defendant, but more importantly, to make an example for other land-lords in this district, to make mandatory necessary maintenance repairs to the tenants that they are renting, rent to own etc., the defendants, Mark Daniel, and Choice One L.L.C., properties.

## **PRAYER FOR RELIEF**

I, plaintiff, demand $350,000.00 in punitive damages, or the amount rewarded by the trial.

I, plaintiff, demand this $350,000.00 in punitive damages, jointly and severally from both defendants, Mark Daniel, and Choice One L.L.C., properties.

I, plaintiff, demand a jury trial to render a verdict on this punitive damage claim.

05/2025

Mike M. Willoughby, Pro se Plaintiff
P.O. Box 50464
Henrico Virginia 23250
(804) 205-2228 (cell)
mikewilloughby51@gmail.com

2

## PLAINTIFF REQUEST FOR SERVICE OF PROCESS

### RE: Mike Willoughby v. Mark Daniel et al.

**Case No.:**

I, plaintiff, respectfully request that service of process, complaint, summons, and any other pleadings, exhibits etc., be served on.:

**Mark Daniel,** defendant,
at: 3301 New Kent Highway
Quinton Virginia 24141
(804) 932-9614 Tel
(804) 539-6521 Tel


Please contact me, plaintiff, at: (804) 205-2228 (cell), if you have any questions or concerns about this request for service.

Mike M. Willoughby, Pro se, Plaintiff
P.O. Box 50464
Henrico Virginia 23250
(804) 205-2228
(Quinton)

## PLAINTIFF REQUEST FOR SERVICE OF PROCESS

**RE: Mike Willoughby v. Mark Daniel et al.**

**Case No.:**

I, plaintiff, respectfully request that service of process, complaint, summons, and any other pleadings, exhibits etc., be served on.:

Mark Daniel, **for or on behalf of defendant, Choice One L.L.C.**
at: 3301 New Kent Highway
Quinton Virginia 24141
(804) 932-9614 Tel
(804) 539-6521 Tel


Please contact me, plaintiff, at: (804) 205-2228 (cell), if you have any questions or concerns about this request for service.

Mike M. Willoughby, Pro se, Plaintiff
P.O. Box 50464
Henrico Virginia 23250
(804) 205-2228
(Quinton)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____ DIVISION

Mike Willoughby
_____
Plaintiff(s),

v.

Mark Daniel, et, al,
_____
Defendant(s),

Civil Action Number: _____

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of Plaintiff Complaint
                                                              (Title of Document)

Mike Willoughby
_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: 07/08/25 (Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
                                                                      (Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)